AO442(Rev 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

JACOBO DIAZ-GARCIA,
aka Pedro Marroquin-Gomez
aka Erik Marroquin Marroquin

**WARRANT FOR ARREST**

CASE NUMBER: 07-276-M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___JACOBO DIAZ-GARCIA___
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

FILED
JUN 1 2 2007
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

an alien who previously has been deported and removed from the United States, subsequent to a felony conviction in the U.S. District Court for the District of Columbia, was found in the United States without first having obtained permission from the Attorney General to reenter the United States, and without having been inspected by an Immigration Official, as required by laws of the United States

in violation of Title _8_ United States Code, Section(s) _§ 1326(a), (b)(1)_

Name of Issuing Officer: JOHN M. FACCIOLA
Title of Issuing Officer: U.S. MAGISTRATE JUDGE

Signature of Issuing Officer

Date and Location: JUN 0 8 2007

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 06/12/07 | DL BALDWIN SDUSM/USMS | |
| DATE OF ARREST | | |
| 06/12/07 | | |