IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.:** |
| | : | |
| v. | : | **MAGISTRATE NO.: 07-276M** |
| | : | |
| **JACOBO DIAZ-GARCIA,** | : | **VIOLATION:** |
| | : | |
| | : | **8 U.S.C. § 1326(a), (b)(1)** |
| Defendant. | : | **(Unlawful Reentry of an Alien following Felony** |
| | : | **Conviction)** |
| | : | |

## INFORMATION

The United States Attorney informs the Court:

### COUNT ONE

On or about May 7, 2007, within the District of Columbia, defendant **JACOBO DIAZ-GARCIA**, an alien, was found in the United States after having been deported from the United States, following his felony conviction for Conspiracy, in the U.S. District Court for the District of Columbia, on or about September 17, 1999, in Case No. 99-17, without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States.

(**Unlawful Reentry of an Alien following Felony Conviction**, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1)).

                                                          JEFFREY A. TAYLOR
                                                         United States Attorney
                                                         Bar No. 498610

By: _____
      FREDERICK W. YETTE, AUSA, #385391
      Federal Major Crimes Section
      555 4th Street, N.W., 4th Floor
      Washington, D.C. 20530
      (202) 353-1666
      Frederick.Yette@usdoj.gov