CO-526
(12/86)

FILED

AUG 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Criminal No. 07-179 |
| | ) | |
| Jacobo Diaz-Garcia | ) | |

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_DIAZ Garcia Jacobo_
Defendant

_[signature]_
Counsel for defendant

I consent:

_[signature]_
United States Attorney

Approved:

_[signature]_
Judge