AO 455 (Rev. 5/85)  Waiver of Indictment

**FILED**
AUG 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court

_____ DISTRICT OF __WASH DC.__

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WAIVER OF INDICTMENT** |
| Jacobo Diaz-Garcia | |
| | CASE NUMBER: 07-179 |

I, _Jacobo Diaz-Garcia_, the above named defendant, who is accused of violating 8 USC 1326, Unlawful Reentry of an Alien following a Felony Conviction

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __8.22.07__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Diaz Garcia Jacobo_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer