IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: 07-179 |
| | : |
| v. | : MAGISTRATE NO.: 07-276M |
| | : |
| JACOBO DIAZ-GARCIA, | : VIOLATION: |
| | : |
| Defendant. | : 8 U.S.C. § 1326(a) and (b)(1) |
| | : (Unlawful Reentry of an Alien Following a |
| | : Felony Conviction) |

## FACTUAL PROFFER
## IN SUPPORT OF GUILTY PLEA

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this statement of facts which the United States would have presented if this matter had gone to trial. The facts presented below show, beyond a reasonable doubt, that on May 2, 2007, defendant Jacobo Diaz-Garcia (hereinafter, "DIAZ-GARCIA" or "defendant") committed the offense of Unlawful Reentry of an Alien following a Felony Conviction, in violation of 8 U.S.C. § 1326(a) and (b)(1).

DIAZ-GARCIA is a native and citizen of Guatemala, with no lawful claim to being present in the United States.

On August 2, 1999, DIAZ-GARCIA was arrested by the Immigration and Naturalization Service ("INS"), now known as Immigration and Customs Enforcement ("ICE"), near the 1700 Block of Columbia Road, NW, Washington DC for the sale of fraudulent INS documents. On September 17, 1999, DIAZ-GARCIA appeared before the Honorable Henry H. Kennedy, of the U.S. District Court for the District of Columbia, in Case No. 99-17, and pleaded guilty to Conspiracy, in violation of 18 USC 371. On January 7, 2000, Judge Kennedy sentenced DIAZ-GARCIA to 24

months incarceration and 3 years of supervised release. DIAZ-GARCIA served his sentence at FCI Elkton, in Ohio.

On April 27, 2001, the INS issued a Final Administrative Removal Order finding that DIAZ-GARCIA was a deportable alien and ordering that he be removed from the United States to Guatemala. On May 9, 2001, DIAZ-GARCIA was deported from the United States to Guatemala pursuant to the April 27, 2001, order of removal.

On May 13, 2003, DIAZ-GARCIA was arrested by INS and admitted during the interview that he had illegally re-entered the United States without permission on May 8, 2003, near Douglas, AZ, after being previously deported. The order of removal issued on April 27, 2001, was reinstated and DIAZ-GARCIA was subsequently deported to Guatemala on June 30, 2003, via Los Angeles, CA.

On May 2, 2007, DIAZ-GARCIA was arrested by ICE in the 1700 block of Columbia Road N.W. in the District of Columbia. On May 2, 2007, in a sworn statement, DIAZ-GARCIA admitted that he had illegally re-entered the United States near El Paso, TX, in or about November, 2006, after having been deported on June 30, 2003. DIAZ-GARCIA also admitted to having been deported to Guatemala on May 9, 2001.

DIAZ-GARCIA has not applied for permission to legally reenter the United States following his removals to Guatemala on May 9, 2001 and June 30, 2003, as required by federal law.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: _____
FREDERICK W. YETTE
Federal Major Crimes Section
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 353-1666
Frederick.Yette@usdoj.gov

### Defendant's Acceptance of Factual Proffer

I have read this Factual Proffer in Support of Guilty Plea and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Factual Proffer and all matters relating to it. I fully understand this Factual Proffer and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Factual Proffer fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

8-22-07                                       Jacobo Diaz Garcia
Date                                           Jacobo Diaz-Garcia

### Defense Counsel's Acknowledgment

I am Jacobo Diaz-Garcia's attorney. I have reviewed every part of this Factual Proffer in Support of Guilty Plea with him. It accurately and completely sets forth the Factual Proffer agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

8-22-07                                       _____
Date                                           David Bos, Esq.